# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA ISABEL SERRANO,<br><br>                    Petitioner,<br><br>          v.<br><br>J. CAVAZOS, Warden,<br><br>                    Respondent. | ) Case No. ED CV 11-1099 JAK (JCG)<br>)<br>) **ORDER ACCEPTING REPORT AND**<br>) **RECOMMENDATION OF UNITED**<br>) **STATES MAGISTRATE JUDGE AND**<br>) **DENYING CERTIFICATE OF**<br>) **APPEALABILITY**<br>)<br>)<br>)<br>) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, Petitioner's Motion for Certificate of Appealability, and the remaining record, and has made a *de novo* determination.

Petitioner's Objections generally reiterate the arguments made in the Petition and Reply, and lack merit for the reasons set forth in the Report and Recommendation.

Furthermore, to the extent that Petitioner's Objections include a request for an evidentiary hearing, Petitioner's request is denied. *See Cullen v. Pinholster*, 131 S.Ct. 1388, 1398 (2011); *Schriro v. Landrigan*, 550 U.S. 465, 474 (2007) ("[I]f the record refutes the applicant's factual allegations or otherwise precludes habeas relief, a district court is not required to hold an evidentiary hearing.").

1

Accordingly, IT IS ORDERED THAT:

1.      The Report and Recommendation is approved and accepted;

2.      Judgment be entered denying the Petition and dismissing this action
        with prejudice; and

3.      The Clerk serve copies of this Order on the parties.

Additionally, for the reasons stated in the Report and Recommendation, the
Court finds that Petitioner has not made a substantial showing of the denial of a
constitutional right.  *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v.
Cockrell*, 537 U.S. 322, 336 (2003).  Thus, the Court declines to issue a certificate
of appealability.


DATED: **April 5, 2013**

_____
        HON. JOHN A. KRONSTADT
        UNITED STATES DISTRICT JUDGE

2