# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA ISABEL SERRANO,<br><br>               Petitioner,<br><br>     v.<br><br>J. CAVAZOS, Warden,<br><br>               Respondent. | Case No. ED CV 11-1099 JAK (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: **April 5, 2013**

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE